# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marco Yammine,<br><br>    Plaintiff,<br><br>v.<br><br>Toolbox for HR Spolka z Ograniczona Odpowiedzialnoscia Spolka Komandytowa,<br><br>    Defendant. | **NO. CV-21-00093-PHX-MTL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 8, 2023, which granted in part the Motion for Summary Judgment, judgment is entered in favor Plaintiff/Counter-Defendant on Defendant/Counterclaimant's counterclaims for cyberpiracy under the ACPA, trademark infringement, misappropriation and threatened misappropriation of trade secrets, conversion, and declaratory relief.

                                          Debra D. Lucas
                                          District Court Executive/Clerk of Court

August 9, 2023

                                          s/ Stephanie Ferdig
                            By   Deputy Clerk