# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marco Yammine,<br><br>    Plaintiff,<br><br>v.<br><br>Toolbox for HR Spolka z Ograniczona Odpowiedzialnoscia Spolka Komandytowa,<br><br>    Defendant. | **NO. CV-21-00093-PHX-MTL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Minute Entry and subsequent Jury Verdict filed February 2, 2024, judgment is entered in favor of counter claimant Toolbox for HR Spolka z Ograniczona Odpowiedzialnoscia Spolka Komandytowa in the amount of $500,000.00.

Debra D. Lucas
District Court Executive/Clerk of Court

February 5, 2024

By  s/ Erica Aragon
    Deputy Clerk
